# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 24-mj- 94-01-TSM
)
A black Apple iPhone in a clear plastic case recovered )
from SANCHEZ-GOMEZ at the time of his arrest on April )
2, 2024 )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-1, which is incorporated by reference herein.

located in the _____ District of ___New Hampshire___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B-1, which is incorporated by reference herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C § 841(a)(1) | Possession with intent to Distribute Controlled Substances and Conspiracy to |
| 21 U.S.C § 846 | Possess with Intent to Distribute Controlled Substances |

The application is based on these facts:
See attached affidavit of DEA Special Agent Matthew Boc, which is attached hereto and incorporated by reference herein.

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*/s/ Matthew Boc*
Applicant's signature

Matthew Boc, DEA Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
___telephone___ *(specify reliable electronic means)*.

Date: **May 1, 2024**
Judge's signature

City and state: **Concord, New Hampshire**   Talesha L. Saint-Marc, United States Magistrate Judge
Printed name and title